STATE OF CONNECTICUT *v.* KENNETH HENTON

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 521 (AC 17824), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Lawrence S. Dressler*, special public defender, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.